Note Changes by Court

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BRIAN WHITAKER,  ) Case No.: 2:19-cv-10005-JFW-SK
      Plaintiff,  )
  v.  ) **ORDER**
ARET SEMERCI;  )
NURAN SEMERCI; and Does 1-10,  )
      Defendants.  )

## **ORDER**

In the Notice of Settlement filed on March 17, 2020, Docket No. 25, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before May 1, 2020. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until May 1, 2020. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

**IT IS SO ORDERED.**

Dated: March 19, 2020     _____
                                          HONORABLE JOHN F. WALTER
                                          United States District Judge